UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

**DECISION AND ORDER**

18-CR-6030 EAW

JASON TAUBENFELD,

        Defendant.

This Court referred to United States Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b), the taking of a plea under Fed. R. Crim. P. 11. The defendant, Jason Taubenfeld, consented to the proceeding being before the Magistrate Judge. (Dkt. 62).

On March 28, 2018, defendant, Jason Taubenfeld, appeared before the Magistrate Judge, waived indictment, and entered a plea of guilty to Count 1 of the Information. Magistrate Judge Payson made an oral Report and Recommendation immediately after the plea proceeding (Dkt. 69 at 44), and filed a written Report and Recommendation (Dkt. 66) confirming that Defendant's entry of a plea of guilty met the requirements of Fed. R. Crim. P. 11, and recommending that this Court accept the guilty plea. No objections to the Report and Recommendation were timely filed, and no extension of time to file objections was sought.

Pursuant to 28 U.S.C. § 636(b), Magistrate Judge Payson's Report and Recommendation (Dkt. 66) is adopted in its entirety, and the Court hereby accepts

- 1 -

Defendant's plea of guilty, and Defendant is hereby adjudged guilty of violating Title 21 U.S.C. § 846 as charged in Count 1 of the Information.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated: May 31, 2018
　　　　Rochester, New York